NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1745

GREGORY BAZILE

VERSUS

CITY OF BUNKIE


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-4649-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


OSWALD A. DECUIR
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.


AFFIRMED.


Paul Holmes
Louisiana Municipal Association
700 North Tenth Street
Baton Rouge, LA 70802
(225) 344-5001
Counsel for Defendant/Appellant:
    City of Bunkie

Brian M. Caubarreaux
Brian Caubarreaux and Associates
P. O. Box 129
Marksville, LA 71351
(318) 253-0900
Counsel for Plaintiff/Appellee:
    Gregory Bazile